Certificate Number: 05781-VAW-DE-041336211

Bankruptcy Case Number: 26-60898

05781-VAW-DE-041336211

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 6:54 o'clock AM PDT, Lisa Washington-antoine completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

Date: August 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President